**APPEAL**

# U.S. Bankruptcy Court
## Southern District of Florida (Miami)
## Bankruptcy Petition #: 17-21018-LMI

|  |  |
|---|---|
| *Assigned to:* Laurel M Isicoff | *Date filed:* 08/30/2017 |
| Chapter 13 | *341 meeting:* 10/13/2017 |
| Voluntary | *Deadline for filing claims:* 01/11/2018 |
| Asset | *Deadline for filing claims (govt.):* 02/26/2018 |

| **Debtor** | represented by | **Gianny Blanco** |
|---|---|---|
| **Aleida C. Nunez** | | 10647 N kendall Dr |
| 9940 SW 155th Avenue | | Miami, FL 33176 |
| Miami, FL 33196 | | 305.826.1774 |
| MIAMI-DADE-FL | | Email: courtdoc@fgbkc.com |
| SSN / ITIN: xxx-xx-6797 | | |
| | | **Edward Freire** |
| | | 10647 N Kendall Drive |
| | | Miami, FL 33176 |
| | | 305.826.1774 |
| | | Fax : 305.826.1794 |
| | | Email: courtdoc@fgbkc.com |
| | | **Laila S. Gonzalez** |
| | | 10647 N Kendall Dr |
| | | Miami, FL 33176 |
| | | 305.826.1774 |
| | | Fax : 305.826.1794 |
| | | Email: courtdoc@fgbkc.com |

**Trustee**
**Nancy K. Neidich**
www.ch13miami.com

POB 279806
Miramar, FL 33027
954-443-4402

***U.S. Trustee***
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 08/30/2017 | 🔘1 | Chapter 13 Voluntary Petition . [Fee Amount $310] (Freire, Edward) (Entered: 08/30/2017) |
| 08/30/2017 | 🔘2 | Statement of Debtor(s) Social Security Number(s) *[Document Image Available ONLY to Court Users]* Filed by Debtor Aleida C. Nunez. (Freire, Edward) (Entered: 08/30/2017) |
| 08/30/2017 | 🔘3 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. Disposable Income Is Not Determined Filed by Debtor Aleida C. Nunez. (Freire, Edward) (Entered: 08/30/2017) |
| 08/30/2017 | 🔘4 | Disclosure of Compensation by Attorney Edward Freire. (Freire, Edward) (Entered: 08/30/2017) |
| 08/30/2017 | 🔘5 | Certification of Budget and Credit Counseling Course by Debtor Filed by Debtor Aleida C. Nunez. (Freire, Edward) (Entered: 08/30/2017) |

| | | |
|---|---|---|
| 08/30/2017 | 6 | Payment Advices by Debtor Filed by Debtor Aleida C. Nunez. (Freire, Edward) (Entered: 08/30/2017) |
| 08/30/2017 | | Receipt of Voluntary Petition (Chapter 13)(17-21018) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 30536632. Fee amount 310.00. (U.S. Treasury) (Entered: 08/30/2017) |
| 08/30/2017 | 7 | Chapter 13 Plan Filed by Debtor Aleida C. Nunez (Freire, Edward) (Entered: 08/30/2017) |
| 08/30/2017 | 8 | Certification of Compliance and Request for Confirmation of Ch. 13 Plan Filed by Debtor Aleida C. Nunez. (Freire, Edward) (Entered: 08/30/2017) |
| 08/31/2017 | 9 | Affidavit of Support Filed by Debtor Aleida C. Nunez (Re: 1 Voluntary Petition (Chapter 13) filed by Debtor Aleida C. Nunez). (Blanco, Gianny) (Entered: 08/31/2017) |
| 09/01/2017 | 10 | Meeting of Creditors to be Held on 10/13/2017 at 01:30 PM at 51 SW First Ave Room 102, Miami. Proofs of Claim due by 1/11/2018. Last Day to Oppose Discharge or Dischargeability is 12/12/2017. Confirmation Hearing to be Held on 11/7/2017 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Objection to Confirmation Deadline: 10/24/2017. (Rios, Amber) (Entered: 09/01/2017) |
| 09/01/2017 | 11 | Trustee's Certificate of Service of Trustee's Notice of Required Documents (Neidich, Nancy) (Entered: 09/01/2017) |

| | | |
|---|---|---|
| 09/03/2017 | 12 | BNC Certificate of Mailing (Re: 10 Meeting of Creditors to be Held on 10/13/2017 at 01:30 PM at 51 SW First Ave Room 102, Miami. Proofs of Claim due by 1/11/2018. Last Day to Oppose Discharge or Dischargeability is 12/12/2017. Confirmation Hearing to be Held on 11/7/2017 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Objection to Confirmation Deadline: 10/24/2017.) Notice Date 09/03/2017. (Admin.) (Entered: 09/04/2017) |
| 09/03/2017 | 13 | BNC Certificate of Mailing - PDF Document (Re: 10 Meeting of Creditors to be Held on 10/13/2017 at 01:30 PM at 51 SW First Ave Room 102, Miami. Proofs of Claim due by 1/11/2018. Last Day to Oppose Discharge or Dischargeability is 12/12/2017. Confirmation Hearing to be Held on 11/7/2017 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Objection to Confirmation Deadline: 10/24/2017.) Notice Date 09/03/2017. (Admin.) (Entered: 09/04/2017) |
| 09/29/2017 | 14 | Request for Notice Filed by Creditor Reverse Mortgage Funding LLC. (Amphone, Bouavone) (Entered: 09/29/2017) |
| 10/04/2017 | 15 | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 10/04/2017) |
| | 16 | Certification of Completion of Instructional Course Concerning Personal Financial |

| | | |
|---|---|---|
| 10/12/2017 | | Management by Debtor ONLY Filed by Debtor Aleida C. Nunez. (Blanco, Gianny) (Entered: 10/12/2017) |
| 10/12/2017 | ⊙17 | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Schedule C,Declaration re Schedules,] Filed by Debtor Aleida C. Nunez. (Attachments: # 1 Local Form 4) (Blanco, Gianny) (Entered: 10/12/2017) |
| 10/12/2017 | ⊙18 | Certificate of Service Filed by Debtor Aleida C. Nunez (Re: 17 Schedules and Statements Filed filed by Debtor Aleida C. Nunez). (Blanco, Gianny) (Entered: 10/12/2017) |
| 10/16/2017 | ⊙19 | Objection to Confirmation of (7 Chapter 13 Plan filed by Debtor Aleida C. Nunez) Filed by Creditor Reverse Mortgage Solutions, INC. (Amphone, Bouavone) (Entered: 10/16/2017) |
| 10/16/2017 | ⊙20 | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 10/16/2017) |
| 10/25/2017 | ⊙21 | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 10/25/2017) |
| 10/27/2017 | ⊙22 | First Amended Chapter 13 Plan (Re:7 Chapter 13 Plan filed by Debtor Aleida C. Nunez) Filed by Debtor Aleida C. Nunez (Blanco, Gianny) (Entered: 10/27/2017) |
| | ⊙23 | Certificate of Service Filed by Debtor Aleida C. Nunez (Re: 22 Amended Chapter 13 Plan |

| | | |
|---|---|---|
| 10/27/2017 | | filed by Debtor Aleida C. Nunez). (Blanco, Gianny) (Entered: 10/27/2017) |
| 11/01/2017 | 24 | Response to (19 Objection to Confirmation of Plan filed by Creditor Reverse Mortgage Solutions, INC.) Filed by Debtor Aleida C. Nunez (Blanco, Gianny) (Entered: 11/01/2017) |
| 11/06/2017 | 25 | Amended Response to (19 Objection to Confirmation of Plan filed by Creditor Reverse Mortgage Solutions, INC.) Filed by Debtor Aleida C. Nunez (Blanco, Gianny) (Entered: 11/06/2017) |
| 11/06/2017 | 26 | Objection to Claim of Wells Fargo Bank, N.A. [# 2], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez. (Blanco, Gianny) (Entered: 11/06/2017) |
| 11/06/2017 | 27 | Notice of Hearing by Filer (Re: 26 Objection to Claim of Wells Fargo Bank, N.A. [# 2], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez.). Chapter 13 Hearing scheduled for 12/05/2017 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Blanco, Gianny) (Entered: 11/06/2017) |
| 11/09/2017 | 28 | Notice of Filing *of Adjustable Rate Mortgage*, Filed by Debtor Aleida C. Nunez (Re: 25 Response). (Blanco, Gianny) (Entered: 11/09/2017) |
| | 29 | Notice of Filing *of Retainer Agreement*, Filed |

| | | |
|---|---|---|
| 11/09/2017 | | by Debtor Aleida C. Nunez (Re: 1 Voluntary Petition (Chapter 13)). (Blanco, Gianny) (Entered: 11/09/2017) |
| 11/15/2017 | 30 | Order Continuing Confirmation Hearing and making all Debtor payments Non-refundable (Re: 22 Amended Chapter 13 Plan filed by Debtor Aleida C. Nunez). Confirmation Hearing to be Held on 12/05/2017 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Reynolds, Marva) (Entered: 11/15/2017) |
| 11/20/2017 | 31 | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 11/20/2017) |
| 11/21/2017 | 32 | Objection to Claim of Reverse Mortgage Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez. (Blanco, Gianny) (Entered: 11/21/2017) |
| 11/21/2017 | 33 | Notice of Hearing by Filer (Re: 32 Objection to Claim of Reverse Mortgage Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez.). Chapter 13 Hearing scheduled for 12/05/2017 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Blanco, Gianny) (Entered: 11/21/2017) |
| | 34 | Certificate of Service Filed by Debtor Aleida C. Nunez (Re: 32 Objection to Claim of |

| | | | |
|---|---|---|---|
| 12/01/2017 | | | Reverse Mortgage Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* filed by Debtor Aleida C. Nunez, 33 Notice of Hearing by Filer filed by Debtor Aleida C. Nunez). (Blanco, Gianny) (Entered: 12/01/2017) |
| 12/04/2017 | | ●35 | Response to (32 Objection to Claim of Reverse Mortgage Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* filed by Debtor Aleida C. Nunez) Filed by Creditor Reverse Mortgage Solutions, INC. (Amphone, Bouavone) (Entered: 12/04/2017) |
| 12/04/2017 | | ●36 | Application for Compensation *and Certificate of Service of Electronically Generated Notice of Hearing* for Gianny Blanco, Attorney-Debtor, Period: 1/8/2017 to 6/1/2022, Fee: $9890.00, Expenses: $163.11. Filed by Attorney Gianny Blanco. (Blanco, Gianny) (Entered: 12/04/2017) |
| 12/04/2017 | | ●37 | Notice of Hearing by Filer (Re: 36 Application for Compensation *and Certificate of Service of Electronically Generated Notice of Hearing* for Gianny Blanco, Attorney-Debtor, Period: 1/8/2017 to 6/1/2022, Fee: $9890.00, Expenses: $163.11. Filed by Attorney Gianny Blanco.). Chapter 13 Hearing scheduled for 01/09/2018 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Blanco, Gianny) (Entered: 12/04/2017) |
| | | ●38 | Order Continuing Hearing (Re: 32 Objection to |

| | | |
|---|---|---|
| 12/08/2017 | | Claim filed by Debtor Aleida C. Nunez). Chapter 13 Hearing scheduled for 01/09/2018 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Reynolds, Marva) (Entered: 12/08/2017) |
| 12/11/2017 | 39 | Order Sustaining Objection to Claim(s) (Re: # 26). (Reynolds, Marva) (Entered: 12/11/2017) |
| 12/13/2017 | 40 | Certificate of Service Filed by Debtor Aleida C. Nunez (Re: 38 Order Continuing Hearing). (Blanco, Gianny) (Entered: 12/13/2017) |
| 12/13/2017 | 41 | Certificate of Service Filed by Debtor Aleida C. Nunez (Re: 39 Order on Objection to Claims). (Blanco, Gianny) (Entered: 12/13/2017) |
| 12/18/2017 | 42 | Notice of Continued Confirmation Hearing Filed by Trustee Nancy K. Neidich (Re: 22 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 01/09/2018 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Neidich, Nancy) (Entered: 12/18/2017) |
| 12/28/2017 | 43 | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 12/28/2017) |
| 01/08/2018 | 44 | Notice of Filing *of Case Law Referenced in Debtor's Amended Response in Opposition to Creditor's Objection to Confirmation*, Filed by Debtor Aleida C. Nunez (Re: 35 Response). (Blanco, Gianny) (Entered: 01/08/2018) |

| | | |
|---|---|---|
| 01/11/2018 | ◉45 | Order Continuing Hearing (Re: 32 Objection to Claim filed by Debtor Aleida C. Nunez). Chapter 13 Hearing scheduled for 03/06/2018 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Reynolds, Marva) (Entered: 01/11/2018) |
| 01/16/2018 | ◉46 | Order Granting Application For Compensation (Re: # 36) for Gianny Blanco, fees awarded: $9890.00, expenses awarded: $163.11. (Reynolds, Marva) (Entered: 01/16/2018) |
| 01/17/2018 | ◉47 | Notice of Continued Confirmation Hearing Filed by Trustee Nancy K. Neidich (Re: 22 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 03/06/2018 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Neidich, Nancy) (Entered: 01/17/2018) |
| 01/29/2018 | ◉48 | Memorandum of Law in Support Filed by Creditor Reverse Mortgage Solutions, INC. (Re: 19 Objection to Confirmation of Plan filed by Creditor Reverse Mortgage Solutions, INC.). (Salamone, Christopher) (Entered: 01/29/2018) |
| 02/14/2018 | ◉49 | Opposition Reply to (48 Memorandum of Law filed by Creditor Reverse Mortgage Solutions, INC.) Filed by Debtor Aleida C. Nunez (Blanco, Gianny) (Entered: 02/14/2018) |
| 02/22/2018 | ◉50 | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 02/22/2018) |

| | | |
|---|---|---|
| 02/27/2018 | 51 | Notice of Filing *of Supplemental Authority in Furtherance of Memorandum of Law in Support of Objection to Confirmation*, Filed by Creditor Reverse Mortgage Solutions, INC. (Re: 48 Memorandum of Law). (Salamone, Christopher) (Entered: 02/27/2018) |
| 02/28/2018 | 52 | Objection to Claim of Wells Fargo Financial National Bank, N.A. [# 2-2], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez. (Blanco, Gianny) (Entered: 02/28/2018) |
| 02/28/2018 | 53 | Notice of Hearing by Filer (Re: 52 Objection to Claim of Wells Fargo Financial National Bank, N.A. [# 2-2], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez.). Chapter 13 Hearing scheduled for 04/10/2018 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Blanco, Gianny) (Entered: 02/28/2018) |
| 03/06/2018 | 54 | Notice to Withdraw Document *without Prejudice and Certificate of Service* Filed by Debtor Aleida C. Nunez (Re: 32 Objection to Claim). (Blanco, Gianny) (Entered: 03/06/2018) |
| 03/08/2018 | 55 | Notice of Continued Confirmation Hearing Filed by Trustee Nancy K. Neidich (Re: 22 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 04/10/2018 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Neidich, Nancy) (Entered: 03/08/2018) |

| | | |
|---|---|---|
| 03/15/2018 | ●56 | Transcript of 3/6/2018 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 32 Objection to Claim of Reverse Mortgage Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez.). Redaction Request Due By 03/22/2018. Statement of Personal Data Identifier Redaction Request Due by 04/5/2018. Redacted Transcript Due by 04/16/2018. Transcript access will be restricted through 06/13/2018. (Ouellette and Mauldin) (Entered: 03/15/2018) |
| 03/16/2018 | ●57 | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent or Motions to Request Redaction of Transcript. (Re: 56 Transcript of 3/6/2018 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 32 Objection to Claim of Reverse Mortgage Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez.). Redaction Request Due By 03/22/2018. Statement of Personal Data Identifier Redaction Request Due by 04/5/2018. Redacted Transcript Due by 04/16/2018. Transcript access will be restricted through 06/13/2018. (Ouellette and Mauldin)) Redaction Request Due By 3/22/2018. Statement of Personal Data Identifier Redaction Request Due by 4/5/2018. Redacted Transcript Due by 4/16/2018. Transcript access will be restricted through 6/13/2018. (Reynolds, Marva) (Entered: 03/16/2018) |
| | ●58 | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: |

| | | |
|---|---|---|
| 03/28/2018 | | 03/28/2018) |
| 03/28/2018 | ●59 | Memorandum Opinion and Order OverRuling (Re: 19 Objection to Confirmation of Plan filed by Creditor Reverse Mortgage Solutions, INC.). (Covington, Katrinka) (Entered: 03/28/2018) |
| 04/06/2018 | ●60 | Objection to Claim of Reverse Mortgage Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez. (Blanco, Gianny) (Entered: 04/06/2018) |
| 04/06/2018 | ●61 | Notice of Hearing by Filer (Re: 60 Objection to Claim of Reverse Mortgage Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez.). Chapter 13 Hearing scheduled for 05/08/2018 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Blanco, Gianny) (Entered: 04/06/2018) |
| 04/06/2018 | ●62 | Certificate of Service Filed by Debtor Aleida C. Nunez (Re: 59 Memorandum Decision/Opinion). (Blanco, Gianny) (Entered: 04/06/2018) |
| 04/11/2018 | ●63 | Motion to Reconsider (Re: 59 Memorandum Decision/Opinion) Filed by Creditor Reverse Mortgage Solutions, INC.. (Harriott, April) (Entered: 04/11/2018) |
| | ●64 | Notice of Hearing (Re: 63 Motion to Reconsider (Re: 59 Memorandum |

| | | |
|---|---|---|
| 04/11/2018 | | Decision/Opinion) Filed by Creditor Reverse Mortgage Solutions, INC..) Chapter 13 Hearing scheduled for 05/08/2018 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 04/11/2018) |
| 04/12/2018 | 65 | Notice of Continued Confirmation Hearing Filed by Trustee Nancy K. Neidich (Re: 22 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 05/08/2018 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Neidich, Nancy) (Entered: 04/12/2018) |
| 04/16/2018 | 66 | Order Sustaining Objection to Claim(s) (Re: # 52) . (Reynolds, Marva) (Entered: 04/16/2018) |
| 04/18/2018 | 67 | Certificate of Service Filed by Creditor Reverse Mortgage Solutions, INC. (Re: 64 Notice of Hearing). (Harriott, April) (Entered: 04/18/2018) |
| 04/20/2018 | 68 | Notice of Filing *of Supplemental Authority in Furtherance of Motion to Reconsider Order Overruling Objection to Confirmation*, Filed by Creditor Reverse Mortgage Solutions, INC. (Re: 63 Motion to Reconsider). (Harriott, April) (Entered: 04/20/2018) |
| 04/25/2018 | 69 | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Carrington, Amy) (Entered: 04/25/2018) |
| | 70 | Certificate of Service Filed by Debtor Aleida C. Nunez (Re: 66 Order on Objection to |

| | | |
|---|---|---|
| 05/02/2018 | | Claims). (Blanco, Gianny) (Entered: 05/02/2018) |
| 05/04/2018 | 71 | Memorandum of Law in Support Filed by Creditor Reverse Mortgage Solutions, INC. (Re: 68 Notice of Filing filed by Creditor Reverse Mortgage Solutions, INC.). (Harriott, April) (Entered: 05/04/2018) |
| 05/07/2018 | 72 | Amended Objection to Claim of Reverse Mortgage Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez. (Blanco, Gianny) (Entered: 05/07/2018) |
| 05/07/2018 | 73 | Notice of Hearing by Filer (Re: 72 Amended Objection to Claim of Reverse Mortgage Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez.). Chapter 13 Hearing scheduled for 06/05/2018 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Blanco, Gianny) (Entered: 05/07/2018) |
| 05/07/2018 | 74 | Response to (63 Motion to Reconsider (Re: 59 Memorandum Decision/Opinion) filed by Creditor Reverse Mortgage Solutions, INC.) *and Certificate of Service* Filed by Debtor Aleida C. Nunez (Gonzalez, Laila) (Entered: 05/07/2018) |
| | 75 | Notice of Filing *of Late Paper pursuant to Local Rule 5005-1(F)(2) and Certificate of Service*, Filed by Debtor Aleida C. Nunez (Re: 74 Response). (Gonzalez, Laila) (Entered: |

| 05/07/2018 | | 05/07/2018) |
|---|---|---|
| 05/09/2018 | 🔵76 | Notice of Continued Confirmation Hearing Filed by Trustee Nancy K. Neidich (Re: 22 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 06/05/2018 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Neidich, Nancy) (Entered: 05/09/2018) |
| 05/23/2018 | 🔵77 | Notice of Appearance and Request for Service by Edwin G. Rice Filed by Creditor Reverse Mortgage Solutions, INC.. (Rice, Edwin) (Entered: 05/23/2018) |
| 05/23/2018 | 🔵78 | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 05/23/2018) |
| 05/24/2018 | 🔵79 | Order Denying Motion To Reconsider Order Re: [#63]. (Reynolds, Marva) (Entered: 05/24/2018) |
| 05/29/2018 | 🔵80 | Amended Order Denying Motion for Reconsideration of Order Overruling Objection to Confirmation (Re: 79 Order on Motion To Reconsider). (Rios, Amber) (Entered: 05/29/2018) |
| | 🔵81 | Notice of Appeal and Election to Appeal To District Court Filed by Creditor Reverse Mortgage Solutions, INC. (Re: 59 Memorandum Opinion and Order OverRuling (Re: 19 Objection to Confirmation of Plan filed by Creditor Reverse Mortgage Solutions, INC.)., 79 Order Denying Motion To |

| | | |
|---|---|---|
| 06/01/2018 | | Reconsider Order Re: [#63]., 80 Amended Order Denying Motion for Reconsideration of Order Overruling Objection to Confirmation (Re: 79 Order on Motion To Reconsider).). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) [Fee Amount $298] (Rice, Edwin) Appellant Designation due 06/15/2018. (Entered: 06/01/2018) |
| 06/01/2018 | | Receipt of Notice of Appeal(17-21018-LMI) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number 32167563. Fee amount 298.00. (U.S. Treasury) (Entered: 06/01/2018) |
| 06/04/2018 | 82 | Clerk's Notice of Mailing of (Re: 81 Notice of Appeal and Election to Appeal To District Court Filed by Creditor Reverse Mortgage Solutions, INC. (Re: 59 Memorandum Opinion and Order OverRuling (Re: 19 Objection to Confirmation of Plan filed by Creditor Reverse Mortgage Solutions, INC.)., 79 Order Denying Motion To Reconsider Order Re: [#63]., 80 Amended Order Denying Motion for Reconsideration of Order Overruling Objection to Confirmation (Re: 79 Order on Motion To Reconsider).). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) [Fee Amount $298] (Rice, Edwin). Appellant Designation due 06/15/2018). (Reynolds, Marva) (Entered: 06/04/2018) |
| | 83 | Transmittal of Proceeding to US District Court. (Re: 81 Notice of Appeal and Election to Appeal To District Court Filed by Creditor Reverse Mortgage Solutions, INC. (Re: 59 Memorandum Opinion and Order Overruling |

| | | |
|---|---|---|
| 06/04/2018 | | (Re: 19 Objection to Confirmation of Plan filed by Creditor Reverse Mortgage Solutions, INC.)., 79 Order Denying Motion To Reconsider Order Re: [#63]., 80 Amended Order Denying Motion for Reconsideration of Order Overruling Objection to Confirmation (Re: 79 Order on Motion To Reconsider).). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) [Fee Amount $298]) (Cohen, Diana) (Entered: 06/04/2018) |
| 06/05/2018 | 84 | Notice of U.S. District Court Case Assignment. Case Number: **18-cv-22204-KMW** (Re: 81 Notice of Appeal and Election to Appeal To District Court Filed by Creditor Reverse Mortgage Solutions, INC. (Re: 59 Memorandum Opinion and Order OverRuling (Re: 19 Objection to Confirmation of Plan filed by Creditor Reverse Mortgage Solutions, INC.)., 79 Order Denying Motion To Reconsider Order Re: [#63]., 80 Amended Order Denying Motion for Reconsideration of Order Overruling Objection to Confirmation (Re: 79 Order on Motion To Reconsider (Lebron, Lorraine) Modified on 6/5/2018 to Correct Case Number (Cohen, Diana). (Entered: 06/05/2018) |
| 06/05/2018 | 85 | Notice of Transmittal of PDF Document to BNC for Noticing (Re: 83 Transmittal of Proceeding to US District Court) (Cohen, Diana) (Entered: 06/05/2018) |
| | 86 | Transcript of 5/8/2018 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 60 Objection to Claim of Reverse Mortgage |

| | | |
|---|---|---|
| 06/06/2018 | | Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez., 63 Motion to Reconsider (Re: 59 Memorandum Decision/Opinion) Filed by Creditor Reverse Mortgage Solutions, INC..). Redaction Request Due By 06/13/2018. Statement of Personal Data Identifier Redaction Request Due by 06/27/2018. Redacted Transcript Due by 07/9/2018. Transcript access will be restricted through 09/4/2018. (Ouellette and Mauldin) (Entered: 06/06/2018) |
| 06/06/2018 | 87 | BNC Certificate of Mailing (Re: 82 Clerk's Notice of Mailing of (Re: 81 Notice of Appeal and Election to Appeal To District Court Filed by Creditor Reverse Mortgage Solutions, INC. (Re: 59 Memorandum Opinion and Order OverRuling (Re: 19 Objection to Confirmation of Plan filed by Creditor Reverse Mortgage Solutions, INC.)., 79 Order Denying Motion To Reconsider Order Re: [#63]., 80 Amended Order Denying Motion for Reconsideration of Order Overruling Objection to Confirmation (Re: 79 Order on Motion To Reconsider).). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) [Fee Amount $298] (Rice, Edwin). Appellant Designation due 06/15/2018).) Notice Date 06/06/2018. (Admin.) (Entered: 06/07/2018) |
| | 88 | BNC Certificate of Mailing - PDF Document (Re: 82 Clerk's Notice of Mailing of (Re: 81 Notice of Appeal and Election to Appeal To District Court Filed by Creditor Reverse Mortgage Solutions, INC. (Re: 59 |

| | | |
|---|---|---|
| 06/06/2018 | | Memorandum Opinion and Order OverRuling (Re: 19 Objection to Confirmation of Plan filed by Creditor Reverse Mortgage Solutions, INC.)., 79 Order Denying Motion To Reconsider Order Re: [#63]., 80 Amended Order Denying Motion for Reconsideration of Order Overruling Objection to Confirmation (Re: 79 Order on Motion To Reconsider).). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) [Fee Amount $298] (Rice, Edwin). Appellant Designation due 06/15/2018).) Notice Date 06/06/2018. (Admin.) (Entered: 06/07/2018) |
| | 89 | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent or Motions to Request Redaction of Transcript. (Re: 86 Transcript of 5/8/2018 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 60 Objection to Claim of Reverse Mortgage Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez., 63 Motion to Reconsider (Re: 59 Memorandum Decision/Opinion) Filed by Creditor Reverse Mortgage Solutions, INC..). Redaction Request Due By 06/13/2018. Statement of Personal Data Identifier Redaction Request Due by 06/27/2018. Redacted Transcript Due by 07/9/2018. Transcript access will be restricted through 09/4/2018. (Ouellette and Mauldin)) Redaction Request Due By 6/13/2018. Statement of Personal Data Identifier Redaction Request Due by 6/27/2018. Redacted Transcript Due by 7/9/2018. Transcript access will be restricted through |

| | | |
|---|---|---|
| 06/07/2018 | | 9/4/2018. (Reynolds, Marva) (Entered: 06/07/2018) |
| 06/07/2018 | 🌐90 | BNC Certificate of Mailing - PDF Document (Re: 85 Notice of Transmittal of PDF Document to BNC for Noticing (Re: 83 Transmittal of Proceeding to US District Court)) Notice Date 06/07/2018. (Admin.) (Entered: 06/08/2018) |
| 06/09/2018 | 🌐91 | BNC Certificate of Mailing (Re: 89 Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent or Motions to Request Redaction of Transcript. (Re: 86 Transcript of 5/8/2018 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 60 Objection to Claim of Reverse Mortgage Solutions, Inc. [# 3], *and Certificate of Service of Electronically Generated Notice of Hearing* Filed by Debtor Aleida C. Nunez., 63 Motion to Reconsider (Re: 59 Memorandum Decision/Opinion) Filed by Creditor Reverse Mortgage Solutions, INC..). Redaction Request Due By 06/13/2018. Statement of Personal Data Identifier Redaction Request Due by 06/27/2018. Redacted Transcript Due by 07/9/2018. Transcript access will be restricted through 09/4/2018. (Ouellette and Mauldin)) Redaction Request Due By 6/13/2018. Statement of Personal Data Identifier Redaction Request Due by 6/27/2018. Redacted Transcript Due by 7/9/2018. Transcript access will be restricted through 9/4/2018.) Notice Date 06/09/2018. (Admin.) (Entered: 06/10/2018) |
| | | |

| 06/12/2018 | 92 | Order Continuing Hearing (Re: 72 Amended Objection to Claim filed by Debtor Aleida C. Nunez). Chapter 13 Hearing scheduled for 07/17/2018 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Reynolds, Marva) (Entered: 06/12/2018) |
| 06/15/2018 | 93 | Notice of Continued Confirmation Hearing Filed by Trustee Nancy K. Neidich (Re: 22 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 07/17/2018 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Neidich, Nancy) (Entered: 06/15/2018) |
| 06/15/2018 | 94 | Statement of Issues on Appeal Filed by Creditor Reverse Mortgage Solutions, INC. Re: 81 Notice of Appeal. *and Designation of Record on Appeal* (Rice, Edwin) (Entered: 06/15/2018) |
| 07/02/2018 | 95 | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Carrington, Amy) (Entered: 07/02/2018) |
| 07/03/2018 | 96 | Transmittal to US District Court 18-cv-22204-KMW (Re: 94 Designation of Record on Appeal and Statement of Issues on Appeal Filed by Creditor Reverse Mortgage Solutions, INC.) (Lebron, Lorraine) (Entered: 07/03/2018) |