## UNITED STATES DISTRICT COURT OF THE
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-22204-KMW
On appeal from Bankr. S.D. Fla.
Case No. 17-21018-LMI

REVERSE MORTGAGE SOLUTIONS, INC.

     Appellant,

v.

ALEIDA C. NUNEZ,

     Appellee,

_____/

### NOTICE OF APPEARANCE FOR APPELLEE AND
### DESIGNATION OF EMAIL ADDRESS

PLEASE TAKE NOTICE that Jeffrey M. Hearne., of Legal Services of Greater Miami,

Inc., hereby enters an appearance as counsel for the Appellee, Aleida C. Nuňez, in the above-

styled cause.  Copies of all future correspondence should be **also** sent to the undersigned as

indicated below.

Primary email: JHearne@legalservicesmiami.org
Secondary Email address:  Sfreire@legalservicesmiami.org

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
Attorneys for Appellee
4343 W. Flagler Street, Suite 100
Miami, Florida 33134
Telephone/Facsimile: (305) 438-2403
Primary Email: jhearne@legalservicesmiami.org
Alternate Email:  Sfreire@legalservicesmiami.org

BY: _____/s/_____

     JEFFREY M. HEARNE
     Florida Bar No.: 0512060

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 16, 2018, I electronically served the foregoing document on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**SERVICE LIST**

Edwin Gilbert Rice
BRADLEY ARANT BOULT
CUMMINGS LLP
100 S. Ashley Drive #1300
PO Box 3333
Tampa, FL 33601-3333
813-229-3333
erice@bradley.com

James B. Bailey
(*pro hac vice pending*)
BRADLEY ARANT BOULT
CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
205-521-8913
jbailey@bradley.com

Gianny Blanco
Freire & Gonzalez, P.A.
10647 N. Kendall Drive
Miami, FL 33176
Email: gianny@freiregonzalez.com

Laila Shilleh Gonzalez
Freire & Gonzalez
1800 W 49 Street
Suite 311
Hialeah, FL 33012-2947
Email: freire-gonzalez@anewbroadband.net

_   /s/ *Jeffrey M. Hearne*
JEFFREY M. HEARNE