UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-22204-CIV-WILLIAMS

REVERSE MORTGAGE SOLUTIONS, INC.,

    Plaintiff,

vs.

ALEIDA C. NUNEZ,
    Defendant.
_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the entry of an order reversing and remanding this action to the Bankruptcy Court for further adjudication consistent with this Court's Order (DE 28). Pursuant to Fed. R. Civ. P. 58, and the Court's Order reversing and remanding to Bankruptcy Court (DE 28), it is **ORDERED AND ADJUDGED** as follows:

1. This matter is **REVERSED AND REMANDED** for further proceedings in accordance with the Court's Order (DE 28).

2. All remaining motions are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 25 day of April, 2018.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE